# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: gaarek | Date Created: 12/15/2009 |
| Case: 2:09−bk−31054−RTB | Form ID: pdf010 | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8700463   EMC
                                                                                                         TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr          RUSSELL BROWN
aty        HILARY B. BONIAL        hbb@bkcy.com
aty        MICHAEL T. REYNOLDS       michael@reynoldsazlaw.com
                                                                                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Lawrence M. Foster, III        7841 E. Sage Drive        Scottsdale, AZ 85250
jdb        Jill Ann Roberts       7841 E. Sage Drive        Scottsdale, AZ 85250
cr         HSBC Auto Finance         P. O. Box 829009         Dallas, Tx 75382
cr         HSBC Finance Corporation        P .O .Box 829009         Dallas, Tx 75382
cr         RECOVERY MANAGEMENT SYSTEMS CORPORATION        25 SE 2ND AVE #1120        MIAMI, FL 33131
smg        AZ DEPARTMENT OF REVENUE        BANKRUPTCY &LITIGATION        1600 W. MONROE, 7TH FL.        PHOENIX, AZ 85007−2650
8713696    ARIZONA DEPARTMENT OF REVENUE        SPECIAL OPERATIONS UNIT, 7TH FLOOR        1600 W MONROE        PHOENIX, AZ 85007
8700458    American Express         PO BOX 0001        Los Angeles, CA 90096−8000
8700459    Arizona Department of Revenue        1600 W. Monroe        Phoenix, AZ 85007
8700460    Bank of America        PO BOX 301200        Los Angeles, CA 90030−1200
8700461    Capital One        PO BOX 60599        City of Industry, CA 91716−0599
8700462    Dell Financial         PO BOX 6403        Carol Stream, IL 60197−6403
8718501    Dell Financial Services L.L.C.        c/o Resurgent Capital Services        PO Box 10390        Greenville, SC 29603−0390
8700465    HFC        PO BOX 60101        City of Industry, CA 91716−0101
8700464    HFC        PO Box 60101        City of Industry, CA 91716−0101
8700466    HSBC        PO BOX 2013        Buffalo, NY 14240
8715950    HSBC Auto Finance        PO BOX 829009        Dallas, TX 75382
8723960    HSBC Finance Corporation        PO BOX 829009        Dallas, TX 75382
8700468    IC Systems, Inc.        PO BOX 64887        St. Paul, MN 55164
8700467    Internal Revenue Service        210 E. Earll Drive        Phoenix, AZ 85012−2623
8700469    NCO Financial Systems        507 Prudential Road        Horsham, PA 19044
8731231    Recovery Management Systems Corporation        25 S.E. 2nd Avenue, Suite 1120        Miami, FL 33131−1605
8726714    Rjm Acquisitions Llc        575 Underhill Blvd        Suite 224        Syosset, NY 11791
8731927    Wells Fargo Bank N.A.        4137 121st Street        Urbandale, IA 50323
8700470    Wells Fargo Financial        PO BOX 98791        Las Vegas, NV 89193−8791
                                                                                                         TOTAL: 25